IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-mc-00004-LTB

JERRY MASKE,

     Plaintiff,

v.

JUDGE ZITA L. WEINSHIENK,

     Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 21 2011

GREGORY C. LANGHAM
CLERK

---

ORDER OF DISMISSAL

---

     On January 14, 2011, Jerry Maske, acting *pro se*, submitted a Letter to the Clerk of the Court requesting to file a federal criminal action under 18 U.S.C. § 242 against Judge Zita L. Weinshienk.  It is settled law that "in American jurisprudence, at least, a private citizen lacks a judicially cognizable interest in the prosecution or nonprosecution of another." *See, DeMillard v. No. Named Defendant*, No. 10-1536, 2011 WL 117145, at *1 (10th Cir. Jan. 14, 2011) (unpublished) (quoting *Linda R.S, v. Richard D.*, 410 U.S. 614, 619 (1973).

     Furthermore, the Court notes that Mr. Maske is permanently enjoined from filing any *pro se* civil actions without first obtaining leave of the Court to proceed *pro se*. *See Maske v. IBM*, No. 09-cv-01805-ZLW, Doc. No. 5 (D. Colo. Nov. 5, 2009).  To obtain permission to proceed *pro se*, Mr. Maske must submit with any civil action he seeks to file (1) a petition requesting leave to file a *pro se* action; (2) a list of all lawsuits currently pending or filed with this Court; (3) a list of all outstanding injunctions or orders

limiting Mr. Maske's access to this court; and (4) a notarized affidavit that includes

certain information. *See Maske v. Aurora Animal Care, et al.*, No. 09-cv-02751-ZLW,

Doc. No. 2 (D. Colo. Nov. 24, 2009).  The affidavit must include (1) a statement of the

issues Mr. Maske seeks to present, including a short discussion of the legal issues; (2)

a certification that the legal arguments are not frivolous or repetitive of legal arguments

previously presented to the Court and that they are warranted by existing law or a

good-faith argument for extension, modification, or reversal of existing law; and (3) a

statement by Mr. Maske that he will comply with all federal and local rules of this Court.

*Id.*  To the extent Mr. Maske intends to circumvent or challenge his filing restrictions

filing a criminal complaint is not a proper action.

This case, therefore, will be dismissed because private prosecutions are not

properly initiated through the Judiciary and Mr. Maske, therefore, lacks standing to

initiate a criminal action.  Accordingly, it is

ORDERED that the action is dismissed because Mr. Maske lacks standing to file

a criminal action.

DATED at Denver, Colorado, this __21st__ day of ___January_____, 2011.

BY THE COURT:


____s/Lewis T. Babcock_____
LEWIS T. BABCOCK, Judge
United States District Court


2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-mc-00004-BNB

Jerry Maske
2705 South Danube Way, Unit 101
Aurora, CO 80013

     I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT**  to the above-named individuals on January 21, 2011.

GREGORY C. LANGHAM, CLERK

By:_____
                      Deputy Clerk