FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 03 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-mc-00004-LTB

JERRY MASKE,

    Plaintiff,

v.

JUDGE ZITA L. WEINSHIENK,

    Defendant.

---

ORDER CONSTRUING LETTER AS A
MOTION TO RECONSIDER AND DENYING MOTION

---

On March 1, 2011, Plaintiff Jerry Maske submitted a Letter to the Court. The Court must construe the Letter liberally because Plaintiff is proceeding *pro se*. See *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). The Court, therefore, will treat the Letter as a Motion to Reconsider filed pursuant to Fed. R. Civ. P. 60(b). For the reasons stated below the Motion will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). A motion to reconsider filed more than twenty-eight days after the final judgment in an action should be considered pursuant to Rule 60(b). *See Id.* (stating that a motion to reconsider should be construed as filed pursuant to Rule 59(e) when it

is filed within the ten-day limit (limit effective prior to December 1, 2009) set forth under Rule 59(e)).

Plaintiff's Motion was filed over twenty-eight days after the Court's Order of Dismissal was entered on January 21, 2011. The Motion, therefore, is construed as a Motion to Reconsider filed pursuant to Fed. R. Civ. P. 60(b). Relief under Rule 60(b) is appropriate only in extraordinary circumstances. *See Massengale v. Oklahoma Bd. of Examiners in Optometry*, 30 F.3d 1325, 1330 (10th Cir. 1994). Upon consideration of the Motion to Reconsider and the entire file, the Court finds that Plaintiff fails to assert any extraordinary circumstances that would merit relief under Rule 60(b). Accordingly, it is

ORDERED that the Letter (Doc. No. 5) filed on March 1, 2011, is construed as a Motion to Reconsider filed pursuant to Fed. R. Civ. P. 60(b) and is denied.

DATED at Denver, Colorado, this __3rd__ day of ____March____, 2011.

BY THE COURT:


__s/Lewis T. Babcock__
LEWIS T. BABCOCK, Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-mc-00004-BNB

Jerry Maske
2705 South Danube Way, Unit 101
Aurora, CO 80013

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on March 3, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
              Deputy Clerk